620

Charlotte **MAYENCON**, Debtor, Appellant, v. Eugene **McCANDLESS**, Creditor.

No. 12542.

Circuit Court of Appeals, Eighth Circuit.

Feb. 23, 1943.

Farrington & Curtis, of Springfield, Mo., for appellant.

Frank B. Williams, of Springfield, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at the costs of appellants, on motion of appellee.

**Herman Lemmel McCAULEY v. UNITED STATES of America.**

No. 2686.

Circuit Court of Appeals, Tenth Circuit.

March 23, 1943.

Walter A. Nelson, of Fort Worth, Tex., for appellant.

George H. West, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. JAC. FEINBERG HOSIERY MILL, Inc., Respondent.**

No. 5024.

Circuit Court of Appeals, Fourth Circuit.

April 14, 1943.

Colonel C. Sawyer, Sr. Atty., National Labor Relations Board, of Washington, D. C. (Robert B. Watts, Gen. Counsel, Ernest A. Gross, Associate Gen. Counsel, Howard Lichtenstein, Asst. Gen. Counsel, and David Findling and William T. Whitsett, Attys., National Labor Relations Board, all of Washington, D. C., on the brief), for petitioner.

Frank Buckley, of Washington, D. C. (Buckley & Danzansky and Joseph B. Danzansky, all of Washington, D. C., on the brief), for respondent.

Before PARKER, SOPER, and DOBIE, Circuit Judges.

PER CURIAM.

This is a petition to enforce an order of the National Labor Relations Board, which is resisted on the ground that the Board's findings are not supported by substantial evidence. The questions involved are pure questions of fact and no useful purpose would be served by an analysis of the evidence which was fully arrayed and appraised by the Board in its decision and order. 1942, 38 N.L.R.B. 1359. We think that the findings were amply supported and that the order should be enforced. Complaint is made of the order in that it runs against the successors and assigns of respondent, as well as against its officers and agents, but there is nothing to show that this was not proper in the premises.

Order enforced.

**Lula M. PROTSCH, Administratrix of the Estate of Jack Kall Meinertz, Deceased, v. UNITED STATES of America and Lula M. Protsch.**

No. 2725.

Circuit Court of Appeals, Tenth Circuit.

April 7, 1943.

Robert E. Russell, of Topeka, Kan., for appellant.

Lester Luther, Asst. U. S. Atty., of Topeka, Kan., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.